**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Higinio Mora, | : | Case No. 24-10917 (PMM) |
| | : | |
| Debtor. | : | |

## ORDER TO SHOW CAUSE

**AND NOW** this case having been filed on March 19, 2024;

AND Local Rule 1007-2(d) calls for the Matrix to be filed with the petition;

BUT Debtor's counsel having failed to upload the Matrix to the docket;

It is, therefore, hereby **ordered** that:

1) The Debtor's counsel **shall appear** for a hearing on **Thursday, April 11, 2024 at 11:00 a.m**. in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn St., Reading, Pennsylvania, 19601 and **show cause** why this case should not be dismissed for failure to file the Matrix; and

2) It is further ordered that the Debtor's counsel shall file all additional documents on or prior to the April 2, 2024 deadline, <u>see</u> doc. #6, or this may be **dismissed without further notice or hearing**.

_/s/ Patricia M. Mayer_

Date:  3/29/24

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**