# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Higinio Mora                      CHAPTER 13

Debtor(s)

BKY. NO. 24-10917 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of BankUnited, N.A. and index same on the master mailing list.

Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
27 Mar 2024, 17:06:54, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322