United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-10917-pmm |
| Higinio Mora | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 1 |
| Date Rcvd: Mar 29, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Higinio Mora, 2412 S Carbon Street, Allentown, PA 18103-6738 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 31, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID F. DUNN | on behalf of Debtor Higinio Mora dunncourtpapers@uigzone.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor BankUnited N.A. bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Higinio Mora, | : | Case No. 24-10917 (PMM) |
| | : | |
| Debtor. | : | |

**ORDER TO SHOW CAUSE**

**AND NOW** this case having been filed on March 19, 2024;

AND Local Rule 1007-2(d) calls for the Matrix to be filed with the petition;

BUT Debtor's counsel having failed to upload the Matrix to the docket;

It is, therefore, hereby **ordered** that:

1) The Debtor's counsel **shall appear** for a hearing on **Thursday, April 11, 2024 at 11:00 a.m**. in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn St., Reading, Pennsylvania, 19601 and **show cause** why this case should not be dismissed for failure to file the Matrix; and

2) It is further ordered that the Debtor's counsel shall file all additional documents on or prior to the April 2, 2024 deadline, see doc. #6, or this may be **dismissed without further notice or hearing**.

*Patricia M. Mayer*

Date: 3/29/24

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**