UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                                                    Chapter  ch 13

                                                               Case No.  24-10917

Higinio Mora

Debtor[s]

RESPONSE TO SHOW CAUSE ORDER (Document 9)

1. Respondent is debtor, whose address for service of process is Attn. David Dunn Law Offices PC, 401 Brookfield Circle, Macungie PA 18062.

2. A list of creditors was uploaded on March 19, 2024, reference to which more fully appears, but no document number was assigned.

WHEREFORE, respondent requests that the rule be discharged

Respectfully submitted:

David Dunn Law

By>……………………………………          PA ID No 10284
***…./s/….David…F…Dunn………..***
401 Brookfield Circle, Macungie PA 18062
Tel: 484-649-6932
dunncourtpapers@uigzone.com