UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                                 Chapter  ch 13

                                                                              Case No.  24-10917

Higinio Mora

Debtor[s]

## ORDER

Now, ………………………………………….., upon consideration of the within matter, good cause having been shown, it is ordered and decreed that the Rule entered as Document 9 is hereby discharged.

By the Court:

………………………………………….
Patricia Mayer, US Bankruptcy Judge