**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | **Chapter 13** |
| | : | |
| **Higinio Mora,** | : | **Case No. 24-10917 (PMM)** |
| | : | |
| **Debtor.** | : | |

**ORDER RESCHEDULING ORDER TO SHOW CAUSE**

**AND NOW** an Order to Show Cause having been entered by the Court on March 29, 2024 (doc. #9, the "Show Cause Order");

It is hereby **ordered** that the hearing with regard to the Show Cause Order will be held on **Thursday, April 18, 2024 at 11:00 a.m**. in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn St., Reading, Pennsylvania.

Date:  4/4/24

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**