UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                                                  Chapter 13

                                                                                              Case No. 24-10917

Higinio Mora

Debtor[s]

## ORDER

AND NOW this 4th day of April, 2024, upon consideration of the within application, good cause having been shown, it is ordered and that:

1. The application is granted.

2. The time for debtor[s] to submit case document is extended to April 15, 2024.

By the Court:

*Patricia M. Mayer*
.................................................
Patricia M. Mayer, US Bankruptcy Judge