**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Higinio Mora                                   CHAPTER 13
                     Debtor(s)

                                                      BKY. NO. 24-10917 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                                              Respectfully submitted,

                                        /s/ *Michael Farrington*
                                        Michael Farrington
                                        09 Apr 2024, 13:58:00, EDT

                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 627-1322