**Fill in this information to identify your case:**

Debtor 1: Higinio Mora

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number (If known): 24-10917

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
___ MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | Expeditor | |
| Employer's name | RR Donnelly & Sons | |
| Employer's address | 4101 Winfield Rd<br>Number  Street | Number  Street |
| | Warrensville   IL   60555<br>City   State   ZIP Code | City   State   ZIP Code |
| How long employed there? | 8yr | 8yr |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 5,007.00 | $ |
| 3. Estimate and list monthly overtime pay. | + $ 0.00 | + $ |
| 4. Calculate gross income. Add line 2 + line 3. | $ 5,007.00 | $ |

Debtor 1  Higinio Mora
         First Name   Middle Name   Last Name

Case number (if known) 24-10917

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here | 4. | $ 5,007.00 | $ |

5. List all payroll deductions:

| | | | |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 925.00 | $ |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ |
| 5e. Insurance | 5e. | $ 256.00 | $ |
| 5f. Domestic support obligations | 5f. | $ 0.00 | $ |
| 5g. Union dues | 5g. | $ 0.00 | $ |
| 5h. Other deductions. Specify: state and local | 5h. | +$ 119.00 | +$ |

6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.   6.   $ 1,300.00   $

7. Calculate total monthly take-home pay. Subtract line 6 from line 4.   7.   $ 3,707.00   $

8. List all other income regularly received:

8a. Net income from rental property and from operating a business, profession, or farm
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a.   $ 1,600.00   $

8b. Interest and dividends   8b.   $ 0.00   $

8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c.   $ 0.00   $

8d. Unemployment compensation   8d.   $ 0.00   $

8e. Social Security   8e.   $ 0.00   $

8f. Other government assistance that you regularly receive
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____   8f.   $ 0.00   $

8g. Pension or retirement income   8g.   $ 0.00   $

8h. Other monthly income. Specify: _____   8h.   +$ 0.00   +$

9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.   9.   $ 1,600.00   $

10. Calculate monthly income. Add line 7 + line 9.
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10.   $ 5,307.00   + $ _____ = $ 5,307.00

11. State all other regular contributions to the expenses that you list in Schedule J.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.
Specify: _____   11.   + $ 0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies   12.   $ 5,307.00
Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?
    ☑ No.
    ☐ Yes. Explain: _____

Official Form 106I                        Schedule I: Your Income                        page 2

| Fill in this information to identify your case | | | | |
|---|---|---|---|---|
| Debtor 1 | HIGINIO | | MORA | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | |
| (spouse if filing) | First Name | Middle Name | Last Name | |
| US Bankruptcy Court | Eastern | < District of > | Pennsylvania | |
| Case number | 24-10917 | | | |

[ ] Check if this is an amended filing

[ ] A supplement showing postpetition chapter 13 expenses as of the following date:

## Official Form 106J
## Schedule J: Your Expenses

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

**1. Is this a joint case?**

    [xx] No  Go to line 2.

    [] Yes . Does Debtor 2 live in a separate household?

        [] No

        [] Yes Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

**2. Do you have dependents?**

| | | Dependent's Relationship to | | Does dependent |
|---|---|---|---|---|
| [] No | Fill out this information | debtor 1 or debtor 2 | Age | live with you? |
| [xxx] Yes | for each dependent | | | |
| Do not list debtor 1 or debtor 2 | | | | [] No |
| | | ys | 37 | [x] Yes |
| Do not state dependents' names | | | | [] No |
| | | cm | 20 | [] Yes |
| expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at | | | | [] No |
| | | ym | 18 | [x] Yes |
| | | am | | [] No |
| | | am | 8 | [] Yes |
| | | | | [] No |
| | | am twin | 8 | [x] Yes |

**3. Do your expenses include expenses of people other than yourself and your dependents?**
    [xx] No
    [] Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

**4. The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.

    4.. $ 1,203.00

If not included in line 4:

    4a Real Estate Taxes    4a $ -

    4b. Property, homeowner's, or renter's insurance    4b $ 108.33

    4c. Home maintenance, repair, and upkeep expenses    4c $ -

    4d. Homeowner's association or condominium dues    4d $ -

Official Form 106J         Your Expenses                              Page 1

Debtor 1    HIGINIO          MORA             Case Number>    0

|  |  | Your expenses |
|---|---|---|
| 5. Additional mortgage payments for your residence, such as home equity loans | 5 | $ - |
| 6. Utilities: |  |  |
| 6a. Electricity, heat, natural gas | 6a | $ 140.00 |
| 6b. Water, sewer, garbage collection | 6b | $ 130.00 |
| 6c. Telephone, cell phone, internet, satellite & cable services | 6c | $ 120.00 |
| 6d. Other. Specify …………….. | 6d | $ - |
| 7 Food & housekeeping supplies | 7 | $ 1,150.00 |
| 8 Childcare & children's education costs | 8 | $ - |
| 9 Clothing, laundry & dry cleaning | 9 | $ 150.00 |
| 10 peraonal care products & services | 10 | $ 100.00 |
| 11 Medical & dental expenses | 11 | $ 300.00 |
| 12 Transportation. Include gas, maintenance, bus or train fare Do not include car payments | 12 | $ 600.00 |
| 13 Entertainmentclubs, recreation, newspapers, magazines & books | 13 | $ - |
| 14 Charitable contributions & eligious donations | 14 | $ - |
| 15 Insurance. Do not incldue ins deducted from your pay or include in lines 4 or 20 |  |  |
| 15a. Life insurance |  | $ - |
| 15b. Health insurance |  | $ - |
| 15c. Vehicle insurance |  | $ 570.00 |
| 15d. Other insurance. Specify …… |  | $ - |
| 16 Taxes. Do not incldue ins deducted from your pay or include in lines 4 or 20 specify ………… | 16 | $ - |
| 17 Installment orlease payments |  |  |
| 17a. Car payments for Vehicle 1       Lease | 17a | $ 433.00 |
| 17b. Car payments for Vehicle 2 | 17b | $ - |
| 17c. Other. Specify … | 17c | $ - |
| 17d. Other. Specify … | 17d | $ - |
| 18 Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I). | 18 | $ - |
| 19 Other payments you make to support others who do not live with you. Specify _____ | 19 | $ - |
| 20 Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income. |  |  |
| 20a. Mortgages on other property | 20a | $ - |
| 20b. Real estate taxes | 20b | $ - |
| 20c. Property, homeowner's, or renter's insurance | 20c | $ - |
| 20d. Maintenance, repair, and upkeep expenses | 20d | $ - |
| 20e. Homeowner's association or condominium dues | 20e | $ - |

Official Form 106J         Your Expenses                              Page 2

| | | | |
|---|---|---|---|
| 21 Other    Specify _____ | | 21 | 0 |

22 Calculate your monthly expenses

| | | |
|---|---|---|
| 22a. Add lines 4 through 21. | 22a $ | 5,004.33 |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | 22b $ | - |
| 22c. Add line 22a and 22b. The result is your monthly expenses. | 22c $ | 5,004.33 |

23 Calculate your monthly net income

| | | |
|---|---|---|
| 23a. Copy line 12 (your combined monthly income) from Schedule I. | 23a $ | 5,307.00 |
| 23b. Copy your monthly expenses from line 22c above. | 23b $ | 5,004.33 |
| 23c. Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c $ | 302.67 |

**Fill in this information to identify your case:**

Debtor 1: Higinio _____ Mora
(First Name / Middle Name / Last Name)

Debtor 2: _____
(Spouse, if filing) (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☐ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Higinio Mora                    X _____
Signature of Debtor 1                  Signature of Debtor 2

Date 04/10/2024                        Date _____
    MM / DD / YYYY                         MM / DD / YYYY

Official Form 106Dec        Declaration About an Individual Debtor's Schedules