Fill in this information to identify your case

| | | | |
|---|---|---|---|
| Debtor 1 | HIGINIO | | MORA |
| | First Name | Middle Name | Last Name |
| Debtor 2 (spouse if filir | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for | Eastern | < District of > | Pennsylvania |
| Case number (if known) | | | |

☒ Check if this is an amended filing

Official Form 101E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**  12/15.

Be as complete and accuraate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditorswith NONPRIORITY clain List the otherparty to any executory contracts or unexpired leases that could result in a claim.Also list executory contracts on Schedule A/B, Property (Oficial Form 106A/B, ans on Schedule G9/24/2020 Executory Cvontracts & Unexpired Leases, (Official Form 106G). Do not creditors with partially secured claims that are listed in ScheduleD: Creditors Who Have Claimes Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top any additional pages, write your name and case number (if known).

**Part 1:    List All of Your PRIORITY Unsecured Claims.**

1.. [xx] No. Go to Part 2
[] Yes

2.. **List All of Your PRIORITY Unsecured Clai** If a creditor has more than one priority unsecured claim, list the creditor separat for each claim. For each claim listed, itentity what type of claim it is. If a claim has both priority & nonpriority amounts, list that claim here and show both prioirty and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two proprit unsecured claims, fill out the Continuation Page of Part 1. If fmore than one creditor holds a particular claim, list the other creditors in Part 3.

| | | Total Claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| 2.1 | Internal Revenue Service<br>Special Procedures Mgr<br>600 Arch St<br>Philadelphia PA 191( | Last 4 digit of a/c #<br>NOTICE ONLY<br>When was the debt incurred?<br>As of the date you file, the claim is: Check all that apply | 0 $ - | $ - | $ - |

[ ] Debtor 1 only
[] Debtor 2 only
[] Debtor 1 & Debtor 2 only
[] At least 1 of the debtors & another
[] Check if this claim is for a community debt
Is the claim subject to offset?
[] No
[] Yes

[ ] Contingent
[] Unliquidated
[] Disputed
NOTICE ONLY

[] Domestic support
[xxx] Taxes & other debts you owe the gov't
[] Claims for death or personal injury while you were intoxicated
[] Other: specify

2,2  **Lehigh County Tax Claim Bureau**
Attn: Director
17 S 7th St
Allentown PA 18101

NOTICE ONLY

| | | Total Claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| 2.3 | **City of Allentown**<br>Attn.: Tax Collector<br>455 Hamilton St<br>Allentown PA 18101 | 2500<br>Domestic support<br>[xxx] Taxes & other debts you owe the gov't | | | |

**Part 2:    List All of Your NONPRIORIY Unsecured Claims**

Louisville KY 40290
Who incurred the debt? Check one.
[xx] Debtor 1 only
[] Debtor 2 only
[] Debtor 1 & Debtor 2 only
[] At least 1 of the debtors & another
[] Check if this claim is for a community debt
Is the claim subject to offset?
[] No          [] Yes

[ ] Contingent
[] Unliquidated
[] Disputed

Type of NONPROIRITY
[] Student loans
[] Obligations arising out of a separation agrezement or divorce that you did not report as priority claims
[] Debts to pension or prothit charing plans or similare debts
[] Other, specify:
...

| | | | | | |
|---|---|---|---|---|---|
| 4.6 | **AMERICAN EXPRESS** | Last 4 digist of a/c # | 0 | 4 | $ 1,500.00 |

**Attn.: bankruptcy Mgr**
**PO BOX 96001**
**Los Angeles CA 90095-8000**
Who incurred the debt? Check one.
[x] Debtor 1 only
[] Debtor 2 only
[] Debtor 1 & Debtor 2 only
[] At least 1 of the debtors & another
[] Check if this claim is for a community debt
Is the claim subject to offset?
[] No          [] Yes

When was claim incurred?        1/1/2002
As of the date you file, the claim is: Check all that apply
[ ] Contingent
[] Unliquidated
[] Disputed

Type of NONPROIRITY
[] Student loans
[] Obligations arising out of a separation agrezement or divorce that you did not report as priority claims
[] Debts to pension or prothit charing plans or similare debts
[] Other, specify:
...

| | | | | | |
|---|---|---|---|---|---|
| 4.7 | **State Farm Cardmember Services** | Last 4 digist of a/c # | 0 | 4 | $ 1,500.00 |

**Attn,: Bankruptcy Manager**
**PO Box 790408**
**St Louis MO 63179**
Who incurred the debt? Check one.
[x] Debtor 1 only
[] Debtor 2 only
[] Debtor 1 & Debtor 2 only
[] At least 1 of the debtors & another
[] Check if this claim is for a community debt
Is the claim subject to offset?
[] No          [] Yes

When was claim incurred?        1/1/2002
As of the date you file, the claim is: Check all that apply
[ ] Contingent
[] Unliquidated
[] Disputed

Type of NONPROIRITY
[] Student loans
[] Obligations arising out of a separation agrezement or divorce that you did not report as priority claims
[] Debts to pension or prothit charing plans or similare debts
[] Other, specify:
...

| | | | | | |
|---|---|---|---|---|---|
| 4.8 | CAPITAL ONE | Last 4 digist of a/c # | 0 | 4 | $ 2,500.00 |

Attn: Bankruptcy Mgr
PO Box 30285
Salt Lake Cirty UT 84130-0285
Who incurred the debt? Check one.
[ xx] Debtor 1 only
[] Debtor 2 only
[] Debtor 1 & Debtor 2 only
[] At least 1 of the debtors & another
[] Check if this claim is for a community debt

When was claim incurred?        1/1/2002
As of the date you file, the claim is: Check all that apply
[ ] Contingent
[] Unliquidated
[] Disputed

Type of NONPROIRITY
[] Student loans
[] Obligations arising out of a separation agrezement or divorce that you did not report as priority claims
[] Debts to pension or prothit charing plans or similare debts

| | | | | | |
|---|---|---|---|---|---|
| 4.9 | **Wells Fargo Discover** | Last 4 digist of a/c # | 0 | 4 | $ 7,980.00 |

**Attn.: V. P. Bankruptcy**
When was claim incurred?        1/1/2002

| | | | |
|---|---|---|---|
| Total claims from Part 1 | 6a. Domestic support obligations | 6a | 0 |
| | 6b. Taxes and certain other debts you owe the government | 6b | 2500 |
| | 6c. Claims for death or personal injury while you were intoxicated | 6c | 0 |
| | 6d. Other.Add all ortther priority unsecured claims. Write that amount here. | 6d + | 0 |
| | 6e. Total. Add lines 6a throuhg 6d | 6e | 2500 |
| Total claims from Part 2 | 6f. Student loans | 6f | 0 |
| | 6g. Obligations arising out of a separation agreement ordivorce that you did not list as priority | 6g | 0 |
| | 6h. Debts to pension or profit sharing plans & other similar debts. | 6h | 0 |
| | 6i. Other. Add all other nonproirity unsecured claims.  Write that amount here. | 6i + | 57064 |
| | 6j.  Total. Add lines 6f throuhg 6i | 6j | 59564 |

Fill in this information to identify your case:

Debtor 1 __Higinio_____ _____ __Mora_____
         First Name              Middle Name     Last Name

Debtor 2 _____ _____ _____
(Spouse, if filing) First Name  Middle Name   Last Name

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number _____
(If known)

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules 12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☐ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Higinio Mora                              X _____
Signature of Debtor 1                              Signature of Debtor 2

Date 04/10/2024                                    Date _____
     MM / DD / YYYY                                     MM / DD / YYYY

Fill in this information to identify your case:

Debtor 1 __Higinio_____ _____ __Mora_____
           First Name                                      Middle Name                        Last Name

Debtor 2 _____
(Spouse, if filing) First Name                             Middle Name                        Last Name

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number _____
(If known)

☐ Check if this is an amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☐ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Higinio Mora                      X _____
Signature of Debtor 1                           Signature of Debtor 2

Date 04/10/2024                           Date _____
     MM / DD / YYYY                                    MM / DD / YYYY