Label Matrix for local noticing
0313-4
Case 24-10917-pmm
Eastern District of Pennsylvania
Reading
Fri Apr 19 12:41:54 EDT 2024

Reading
United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601-4038

AMERICAN EXPRESS
Attn.: bankruptcy Mgr
PO BOX 96001
Los Angeles CA 90095-8000

BankUnited, N.A.
c/o DENISE ELIZABETH CARLON
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

CAPITAL ONE
Attn: Bankruptcy Mgr
PO Box 30285
Salt Lake Cirty UT 84130-0285

CITI FINANCIAL VISA
Attn.: Bankruptcy Manager
PO BOX 9001037
Louisville KY 40290-1037

Capital One, N.A.
515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Carrington Mortgage
Attn: Caitlin Donnelly Esq
KML Law Group
701 Market St Suite 5000
Philadelphia PA 19106-1541

Discover Card
Attn.: V. P. Bankruptcy
P.O.Box 6103
Carol Stream IL 60197
Who incurred the debt? Check one. 60197-610

First Heritage Financial LLC
Attn LOGS Legal Group LLP
2500 Horizon Drive Suite 150
King of Prussia PA 19406-4702

First Heritage Financial LLC
c/o Midwest Loan Services
400 Quincy Street 6th Floor
Hancock MI 49930-1839

HOME DEPOT
Attn: James Granberry
26000 Cannon Road
Cleveland Ohio 44146-1807

Home Depot
Attn.: V. P. Card Services
1951 Glenwood St
Allentown PA 18103-5539

Hyundai Finance & Leasing
c/o Finance Manager
675 State Ave
Emmaus PA 18049-3029

(p)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

J P Morgan Chase Bank Visa
Attn.: V. P. Bankruptcy
PO Box 6294
Carol Stream IL 60197-6294

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

MIDWEST LOANS
Attn;, Bankruptcy Mgr
P O Box 209
Hancock MI 49930-0209

PENNYMAC BANK
Attn Bankruptcy Mge
PO BOX 814387
Los Angeles CA 90051

PennyMac Loan Services LLC
c/o Michael Farrington
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1541

State Farm Cardmember Services
Attn,: Bankruptcy Manager
PO Box 790408
St Louis MO 63179-0408

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107-4202

WELLS FARGO VISA
Attn.: V. P. Bankruptcy
P.O.Box 6103
Carol Stream IL 60197-6103

Wells Fargo Discover
Attn.: V. P. Bankruptcy
P.O.Box 6103
Carol Stream IL 60197-6103

DAVID F. DUNN
David Dunn Law Offices PC
1248 W Hamilton Street
Allentown, PA 18102-4338

Higinio Mora
2412 S Carbon Street
Allentown, PA 18103-6738

(p)SCOTT F WATERMAN CHAPTER 13 TRUSTEE
2901 ST LAWRENCE AVE
SUITE 100
READING PA 19606-2265

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| P MORGAN CHASE VISA<br>ttn.: Bankruptcy Manager<br>BOX 6294<br>rol Stream IL 60197 | US BANK<br>Attn.: V. P. Bankruptcy<br>P O BOX 790408<br>ST Louis MO 63179-0408 | SCOTT F. WATERMAN [Chapter 13]<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| )BankUnited, N.A. | (u)PENNYMAC LOAN SERVICES, LLC | End of Label Matrix<br>Mailable recipients    27<br>Bypassed recipients     2<br>Total                   29 |

JP Morgan Chase Bank, NA
Attn.: Bankruptcy Intake Mgr
700 Kansas Lane Floor 01
Monroe LA 71203

Wells Fargo Discover
Attn.: V. P. Bankruptcy
P.O. Box 6103
Carol Stream IL 60197

David Dunn Law
401 Brookfield Circle
Macungie PA 18062

Office of US Trustee
733 Chestnut Street
Philadelphia PA 19107