IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Higinio Mora<br>　　　Debtor, | BANKRUPTCY CASE NUMBER<br>24-10917 |
| Midwest Loan Services as servicer for FIRST HERITAGE FINANCIAL LLC<br>　　　Movant.<br>v. | CHAPTER 13 |
| Higinio Mora<br>　　　Debtor/Respondent, | |
| Scott Waterman, Trustee<br>　　　Additional Respondent. | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

　　　Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§102(1), 342, and 1109(b), FIRST HERITAGE FINANCIAL LLC, requests special notice of all matters which must be noticed to creditors, equity security holders, any creditors or other committees, and any other parties in interest whether sent by the Court, the Debtor, the Trustee, or any other party. This request includes not only the notices and papers referred to in the Rules above, but also includes, without limitation, Orders and notice of any Application, Motion, Petition, Pleading, Request, Complaint, and demand, whether formal or informal, whether written or oral, and

whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, facsimile or otherwise.

                                                Respectfully submitted,

Dated:  May 2, 2024                        BY:*/s/ Christopher A. DeNardo*
                                                Christopher A. DeNardo 78447
                                                Heather Riloff - 309906
                                                Leslie J. Rase, 58365
                                                LOGS Legal Group LLP
                                                985 Old Eagle School Road, Suite 514
                                                Wayne, PA 19087
                                                (610) 278-6800
                                                logsecf@logs.com

LLG File #: 22-066953

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Higinio Mora<br>        Debtor, | BANKRUPTCY CASE NUMBER<br>24-10917 |
| Midwest Loan Services as servicer for FIRST HERITAGE FINANCIAL LLC<br>        Movant.<br>v.<br><br>Higinio Mora<br>        Debtor/Respondent,<br><br>Scott Waterman, Trustee<br>        Additional Respondent. | CHAPTER 13 |

## **CERTIFICATE OF SERVICE**

      I, Christopher A. DeNardo, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Entry of Appearance and Request for Notice by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this 3rd day of May, 2024:

Higinio Mora
1248 W Hamilton St
Allentown, PA 18102-0000

Scott Waterman, Trustee
Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606
ecfmail@reeadingch13.com - VIA ECF


      I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

*/s/ Christopher A. DeNardo*
Christopher A. DeNardo 78447
Heather Riloff - 309906
Leslie J. Rase, 58365
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com