UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                         Case 24-10917

                                                               Chapter 13

Higinio Mora
    Debtor

Notice of Continued Meeting of Creditors
CERTIFICATION OF SERVICE

The undersigned certifies pursuant to 28 USC Sec 1746 that the above Notice of Continued Meeting of Creditors (Attached as **Exhibit A** to this certification) was served as follows:

Ordinary mail, postage prepaid upon

Creditors and Parties in Interested Listed on Attached **Exhibit B**

Date of service: July 5, 2024 for Mail Service; July 6, 2024 for electronic service

Respectfully submitted:

David Dunn Law

By>……………………………………   PA ID No 10284
..../s/....David...F...Dunn..........
401 Brookfield Circle, Macungie PA 18062
Tel: 484-649-6932
dunncourtpapers@uigzone.com

**SCOTT F. WATERMAN**
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, Pennsylvania 19606

Scott F. Waterman, Esq.
Rolando Ramos, Esq.
Ann E. Swartz, Esq.

(610) 779-1313
Fax (610) 779-3637

Mail all Payments to
P.O. Box 680
Memphis, TN 38101-0680

Date: 06/11/2024

Memo To: Higinio Mora

From: Scott F. Waterman, Trustee

RE: Higinio Mora
Bankruptcy No. 24-10917-PMM

Dear Sir or Madam:

The Section 341(a) Meeting of Creditors on the above-captioned bankruptcy has been rescheduled as follows:

Date: 07/26/2024

Time: 11:30 am

Location: The Meeting of Creditors will be conducted via Zoom. All interested parties can join the zoom meeting with the connection details below.

Zoom Meeting ID: 503 796 7663
Passcode: 4545941595

SFW/lgm

cc via email only: DAVID F DUNN ESQ

*Exhibit A*

First Heritage Financial LLC
Attn LOGS Legal Group LLP
3600 Horizon Drive Suite 150
King of Prussia PA 19406

First Heritage Financial LLC
c/o Midwest Loan Services
400 Quincy Street 6th Floor
Hancock MI 49930

Hyundai Finance & Leasing
c/o Finance Manager
675 State Ave
Emmaus PA 18049

J P Morgan Chase Bank Visa
Attn.: V. P. Bankruptcy
PO Box 6294
Carol Stream IL 60197

Capital One, N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Bank United, N.A.
c/o Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Wells Fargo Bank, N.A., Wells Fargo Card Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Penny-Mac Loan Services, LLC.
P.O. Box 2410
Moorpark, CA 93020

# EXHIBIT B

Bank of America, N.A.
Attn.: Bankruptcy Manager
PO Box 673033
Dallas, TX 75267-3033