UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Case No. 24-10917

Chapter 13

HIGINIO MORA

    Debtor

Bank United NA

    Movant

Higinio Mora

    Respondent

## Notice of Motion, Response Deadline and Hearing Date

Debtor has filed a Motion to Vacate Stay Relief Order and Re-Impose Automatic Stay, with the court.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the court to grant the relief sought in the motion, then on or before **AUGUST 23, 2024**

you or your attorney must do all of the following:

    (a) file an answer explaining your position at:

        United States Bankruptcy Court
        The Gateway Building
        201 Penn Street, Suite 103
        Reading, PA 19601

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to movant's attorney:

        David Dunn Law Offices PC
        401 Brookfield Circle
        Macungie PA 18062

2. If you or your attorney do not take the steps described in paragraphs 1(a) and (b) above and attend the hearing, the court may enter an order granting the relief requested in the Debtor's Motion to Vacate Stay Relief Order and Re-Impose Automatic Stay,

3. A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer Judge, the United States Bankruptcy Judge, in Courtroom 4th Floor at the United States Bankruptcy Court, 201 Penn Street, Suite 103, Reading, PA 19601 on **THURSDAY, SEPTEMBER 5, 2024, AT 11:00 AM** or as soon thereafter as counsel can be heard, to consider the motion.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been canceled because no one filed an answer.

David Dunn Law
By>..../s/....*David...F...Dunn*............ PA ID 10284
401 Brookfield Circle, Macungie PA 18062
Tel: 484-649-6932
dunncourtpapers@uigzone.com