| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 24-10917-PMM**

| | |
|---|---|
| Higinio Mora | Petition Filed Date: 03/19/2024 |
| 2412 S Carbon Street | 341 Hearing Date: 06/04/2024 |
| Allentown  PA    18103 | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/30/2024 | $300.00 | 28830011073 | 05/28/2024 | $300.00 | 28830006551 | 06/20/2024 | $300.00 | 28830012974 |
| 07/09/2024 | $300.00 | 28830006696 | | | | | | |

**Total Receipts for the Period:  $1,200.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $1,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CAPITAL ONE BANK (USA) NA<br>»» 001 | Unsecured Creditors | $9,125.24 | $0.00 | $0.00 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»» 002 | Unsecured Creditors | $3,073.66 | $0.00 | $0.00 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $664.33 | $0.00 | $0.00 |
| 4 | CARRINGTON MORTGAGE SERVICES<br>»» 004 | Mortgage Arrears | $73,154.88 | $0.00 | $0.00 |
| 0 | DAVID F DUNN ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 5 | AMERICAN EXPRESS NATIONAL BANK<br>»» 005 | Unsecured Creditors | $1,890.09 | $0.00 | $0.00 |
| 6 | WELLS FARGO BANK NEVADA NA<br>»» 006 | Unsecured Creditors | $19,861.05 | $0.00 | $0.00 |
| 7 | WELLS FARGO BANK NEVADA NA<br>»» 007 | Unsecured Creditors | $7,987.60 | $0.00 | $0.00 |
| 8 | PENNYMAC  LOAN SERVICES LLC<br>»» 008 | Mortgage Arrears | $769.28 | $0.00 | $0.00 |
| 9 | MIDWEST LOAN SERVICES<br>»» 009 | Mortgage Arrears | $3,391.89 | $0.00 | $0.00 |
| 10 | BANK OF AMERICA NA<br>»» 010 | Unsecured Creditors | $687.74 | $0.00 | $0.00 |
| 11 | MIDWEST LOAN SERVICES<br>»» 011 | Mortgage Arrears | $3,615.55 | $0.00 | $0.00 |
| 12 | MIDWEST LOAN SERVICES<br>»» 012 | Mortgage Arrears | $10,683.07 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-10917-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,200.00 | Current Monthly Payment: | $300.00 |
| Paid to Claims: | $0.00 | Arrearages: | $300.00 |
| Paid to Trustee: | $120.00 | Total Plan Base: | $18,000.00 |
| Funds on Hand: | $1,080.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.