## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Higinio Mora <br> <u>Debtor(s)</u> | CHAPTER 13 |
| BankUnited, N.A. <br>           <u>Moving Party</u> <br> vs. | NO. 24-10917 PMM |
| Higinio Mora <br> <u>Debtor(s)</u> | |
| Scott F. Waterman <br> <u>Trustee</u> | 11 U.S.C. Section 362 |

### **ORDER**

AND NOW, this <u>25th</u> day of <u>September</u>, 2024 at Reading, upon consideration of this Stipulation, it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

*Patricia M. Mayer*
_____
United States Bankruptcy Judge