United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 24-10917-pmm
Higinio Mora Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 19, 2024 | Form ID: pdf900 | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Higinio Mora, 2412 S Carbon Street, Allentown, PA 18103-6738 |
| 14866031 | | AMERICAN EXPRESS, Attn.: bankruptcy Mgr, PO BOX 96001, Los Angeles CA 90095-8000 |
| 14869187 | + | BankUnited, N.A., c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14866030 | + | CITI FINANCIAL VISA, Attn.: Bankruptcy Manager, PO BOX 9001037, Louisville KY 40290-1037 |
| 14866022 | + | Carrington Mortgage, Attn: Caitlin Donnelly Esq, KML Law Group, 701 Market St Suite 5000, Philadelphia PA 19106-1541 |
| 14891879 | + | FIRST HERITAGE FINANCIAL LLC, Midwest Loan Services, PO Box 209, 6th Floor, Hancock, MI 49930-0209 |
| 14880567 | + | FIRST HERITAGE FINANCIAL LLC, PO Box 209, 6th Floor, Hancock , MI 49930-0209 |
| 14866025 | + | First Heritage Financial LLC, Attn LOGS Legal Group LLP, 3600 Horizon Drive Suite 150, King of Prussia PA 19406-4702 |
| 14880808 | + | First Heritage Financial Llc., C/O Christopher Denardo, LOGS Legal Group LLP, 985 Old Eagle School Road, Suite 514, Wayne, PA 19087-1712 |
| 14866026 | + | HOME DEPOT, Attn: James Granberry, 26000 Cannon Road, Cleveland Ohio 44146-1807 |
| 14875961 | + | Home Depot, Attn.: V. P. Card Services, 1951 Glenwood St, Allentown PA 18103-5539 |
| 14875958 | + | Hyundai Finance & Leasing, c/o Finance Manager, 675 State Ave, Emmaus PA 18049-3029 |
| 14875959 | + | J P Morgan Chase Bank Visa, Attn.: V. P. Bankruptcy, PO Box 6294, Carol Stream IL 60197-6294 |
| 14866021 | | PENNYMAC BANK, Attn Bankruptcy Mge, PO BOX 814387, Los Angeles CA 90051 |
| 14872746 | + | PennyMac Loan Services LLC, c/o Michael Farrington, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14866032 | + | State Farm Cardmember Services, Attn,: Bankruptcy Manager, PO Box 790408, St Louis MO 63179-0408 |
| 14866036 | + | WELLS FARGO VISA, Attn.: V. P. Bankruptcy, P.O.Box 6103, Carol Stream IL 60197-6103 |
| 14866035 | + | Wells Fargo Discover, Attn.: V. P. Bankruptcy, P.O.Box 6103, Carol Stream IL 60197-6103 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Dec 20 2024 00:17:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 20 2024 00:19:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14877139 | | Email/PDF: bncnotices@becket-lee.com | Dec 20 2024 00:48:42 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14891079 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 20 2024 00:17:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14866034 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 20 2024 00:51:24 | CAPITAL ONE, Attn: Bankruptcy Mgr, PO Box 30285, Salt Lake Cirty UT 84130-0285 |
| 14877039 | | Email/Text: BKBCNMAIL@carringtonms.com | Dec 20 2024 00:17:00 | BankUnited, N.A., c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 14870479 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 20 2024 00:22:30 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14866027 | + | Email/Text: mrdiscen@discover.com | Dec 20 2024 00:17:00 | Discover Card, Attn.: V. P. Bankruptcy, P.O.Box 6103, Carol Stream IL 60197, Who incurred the |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14891668 | + | Email/Text: bankruptcy@midwestloanservices.com | Dec 20 2024 00:18:00 | debt? Check one. 60197-6103<br>FIRST HERITAGE FINANCIAL LLC, c/o Midwest Loan Services, PO Box 209, 6th Floor, Hancock, MI 49930-0209 |
| 14875957 | + | Email/Text: bankruptcy@midwestloanservices.com | Dec 20 2024 00:18:00 | First Heritage Financial LLC, c/o Midwest Loan Services, 400 Quincy Street 6th Floor, Hancock MI 49930-1839 |
| 14866028 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 20 2024 00:50:12 | J P MORGAN CHASE VISA, Attn.: Bankruptcy Manager, PO BOX 6294, Carol Stream IL 60197 |
| 14876478 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 20 2024 01:13:53 | JP Morgan Chase Bank, NA, Attn: Bankruptcy Intake Mgr, 700 Kansas Lane Floor 01, Monroe LA 71203 |
| 14870969 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 20 2024 00:22:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14866023 | + | Email/Text: bankruptcy@midwestloanservices.com | Dec 20 2024 00:18:00 | MIDWEST LOANS, Attn;, Bankruptcy Mgr, P O Box 209, Hancock MI 49930-0209 |
| 14879572 | + | Email/PDF: ebnotices@pnmac.com | Dec 20 2024 00:50:44 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14866037 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 20 2024 00:18:00 | US BANK, Attn.: V. P. Bankruptcy, P O BOX 790408, ST Louis MO 63179-0408 |
| 14878227 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 20 2024 00:51:26 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | First Heritage Financial Llc, PO Box 209, 6th Floor, Hancock, MI 49930-0209 |
| 14890773 | *+ | FIRST HERITAGE FINANCIAL LLC, PO Box 209, 6th Floor, Hancock , MI 49930-0209 |
| 14866038 | *+ | First Heritage Financial LLC, Attn LOGS Legal Group LLP, 3600 Horizon Drive Suite 150, King of Prussia PA 19406-4702 |
| 14875956 | *+ | First Heritage Financial LLC, Attn LOGS Legal Group LLP, 3600 Horizon Drive Suite 150, King of Prussia PA 19406-4702 |
| 14879134 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14875960 | *+ | Wells Fargo Discover, Attn.: V. P. Bankruptcy, P.O.Box 6103, Carol Stream IL 60197-6103 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2024   Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2024 at the address(es) listed**

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Dec 19, 2024 | Form ID: pdf900 | Total Noticed: 35

below:

| Name | Email Address |
|---|---|
| CHRISTOPHER A. DENARDO | on behalf of Creditor First Heritage Financial Llc logsecf@logs.com |
| DAVID F. DUNN | on behalf of Debtor Higinio Mora dunncourtpapers@uigzone.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor BankUnited N.A. bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    Higinio Mora

                   Debtor

Chapter 13

Bankruptcy No. 24-10917-PMM

### ORDER DISMISSING CHAPTER 13 CASE

    AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED and Debtor is barred from filing bankruptcy, either individually or jointly with a spouse under any section of the code, without prior leave of Court FOR A PERIOD OF ONE YEAR.

    IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: December 19, 2024**

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE