UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                                                              24-10917 pmm

HIGINIO MORA
　　Debtor

MOTION TO RECONSIDER ORDER OF DISMISSAL,

and for

SUCH OTHER RELIEF AS IS AVAILABLE

DATE OF NOTICE: January 2, 2025

NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

TO:　Scott Waterman, Trustee
　　　2901 St Lawrence Ave
　　　Reading PA 19606

DEBTOR has filed a motion / application with the court as follows: TO RECONSIDER ORDER OF DISMISSAL, and for SUCH OTHER RELIEF AS IS AVAILABLE

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.

If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before　　January 17, 2025　　you or your attorney must do **ALL** of the following:

File an answer explaining your position at the following location

　　Clerk US Bankruptcy Court　　　　　　　Clerk US Bankruptcy Court
　　201 Penn Street, Suite 101　　　　　　　Robert N C Nix Courthouse
　　Reading PA 19601　　　　　　　　　　　Ninth & Market Streets
　　　　　　　　　　　　　　　　　　　　　Philadelphia PA 19106

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

　　Mail a copy to the Movant's attorney　　　**David Dunn Law Offices, PC.**
　　　　　　　　　　　　　　　　　　　　　**401 Brookfield Circle**
　　　　　　　　　　　　　　　　　　　　　**Macungie PA 18062**

Also serve the following with a copy of your answer:

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

**A HEARING ON THE MOTION IS SCHEDULE TO BE HELD BEFORE THE HONORABLE PATRICIA M MAYER ON FEBRUARY 13, 2025, AT 11:00 AM IN COURTROOM ONE, UNITED STATES BANKRUPTCY COURT, 201 PENN STREET, READING PA 19601**

If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from David Dunn Law Offices, PC, 401 Brookfield Circle, Macungie PA 18062, Phone 484-649-6932

3. You may contact the bankruptcy clerk office at 215-408-2800, or 610-208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Respectfully submitted,   Thursday, January 02, 2025

.../s/ David F Dunn...
................................................…………….…….….... Pa. ID No. 10284