IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| **Higinio Mora,** | : | |
| Debtor. | : | Case No. 24-10917 (PMM) |

## ORDER

**AND NOW**, upon consideration of the Debtor's Motion to Reconsider Dismissal (doc. #76, the "Motion");

AND a hearing with regard to the Motion having been held and concluded on March 13, 2025;

AND for the reasons stated on the record at the hearing;

It is hereby **ordered** that the Motion is **denied**.

Dated: 3/13/25

*Patricia M. Mayer*

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**