*Form 242* (3/23)–doc 87 – 85

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Higinio Mora ) | Case No. 24–10917–pmm |
| ) | |
| ) | |
| Debtor(s). ) | Chapter: 13 |
| ) | |
| ) | |

## NOTICE OF INACCURATE FILING

Re: Doc.# [85] Generic Application

The above pleading was filed in this office. Please be advised that the document(s) filed contains a deficiency as set forth below:

- ☐ Debtor's name does not match case number listed
- ☐ Debtor's name and/or case number (is) are missing
- ☑ Wrong PDF document attached
- ☐ PDF document not legible
- ☐ Electronic Signature missing
- ☐ Landlord information missing and/or proof of service not filed
- ☐ Other: **NO APPLICATION ATTACHED**

In order for this matter to proceed, please submit the above noted correction on or before June 23, 2025, otherwise, the matter will be referred to the Court.

Date: June 9, 2025

For The Court

Timothy B. McGrath
Clerk of Court