UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: 24-10917
Higinio Mora
  Petitioner

O R D E R GRANTING EXPEDITED HEARING ON MOTION FOR LEAVE TO FILE BANKRUPTCY

AND NOW, upon consideration of ("the Motion"), and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby ORDERED that:

1. The request for an expedited hearing is **GRANTED.**

2. A hearing to consider the Motion shall be held on **THURSDAY, JUNE 12, 2025, at 11:00 am**, in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn St., Reading, Pennsylvania, 19601.

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant(s) shall serve the Motion and this Order on the U.S. Trustee, the case Trustee (if any), the individual Respondent(s) (if any), all secured creditors and all priority creditors by overnight mail, facsimile transmission or e-mail transmission no later than 5:00 p.m. on or before **June 10, 2025.**
 Service under this Paragraph is effective if made to each party identified above through the court's CM/ECF system.

5. The Movant(s) shall serve this Order and a Notice of the Motion in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including creditors, by regular mail no later than 5:00 p.m. on **June 10, 2025**.

6. The Movant shall file a Certification of Service as required by Local Rule 9014-4.

**Date: June 9, 2025**

*Patricia M. Mayer*
Hon. Patricia M. Mayer
United States Bankruptcy Judge