# Kresimir Grgurevic

| | |
|---|---|
| **From:** | Kresimir Grgurevic <kgrgurevic@kmllawgroup.com> |
| **Sent:** | Friday, November 8, 2024 9:52 AM |
| **To:** | dunncourtpapers@uigzone.com |
| **Cc:** | Denise Carlon; Archive |
| **Subject:** | RE: 235878BK / 24-10917 PMM / Mora |
| **Attachments:** | LM Denial Letter - Mora.pdf |

Mr. Dunn,

Please find attached to this email the Loan Mod Denial Letter for the property located at 2319 South Lumber Street, Allentown, PA, 18103.

Thank you.

**Krešimir Grgurević (he/him)**
Bankruptcy Manager
**KML Law Group, P.C.**
Pennsylvania and New Jersey
kgrgurevic@kmllawgroup.com
Direct:  215-825-6375 Ext. 8375
Main Number:  215-627-1322



🌳 Please consider the environment before printing this e-mail.

This electronic mail message, and any attachments transmitted with it, contain confidential information, intended only for the named addressee(s).  If you are not the intended recipient or the person responsible for delivering this email to the intended recipient, you are hereby notified that any use, distribution, copying or disclosure of this communication is strictly prohibited. If you have received this email in error, please immediately notify the sender by reply email, and delete all copies of this communication from your computer and network.  Thank you.

---

**From:** Kresimir Grgurevic <kgrgurevic@kmllawgroup.com>
**Sent:** Wednesday, October 16, 2024 10:16 AM
**To:** dunncourtpapers@uigzone.com
**Cc:** Denise Carlon <DCarlon@kmllawgroup.com>; Archive <archive@kmllawgroup.com>
**Subject:** 235878BK / 24-10917 PMM / Mora

Mr. Dunn,

Please find attached to this email a copy of a letter about the property located at 2319 South Lumber Street, Allentown, PA, 18103.

Thank you.

**Krešimir Grgurević (he/him)**
Bankruptcy Manager
**KML Law Group, P.C.**
Pennsylvania and New Jersey

1

[kgrgurevic@kmllawgroup.com](mailto:kgrgurevic@kmllawgroup.com)
Direct:  215-825-6375 Ext. 8375
Main Number:  215-627-1322



🌳 **Please consider the environment before printing this e-mail.**

This electronic mail message, and any attachments transmitted with it, contain confidential information, intended only for the named addressee(s).   If you are not the intended recipient or the person responsible for delivering this email to the intended recipient, you are hereby notified that any use, distribution, copying or disclosure of this communication is strictly prohibited. If you have received this email in error, please immediately notify the sender by reply email, and delete all copies of this communication from your computer and network.  Thank you.