# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Higinio Mora**<br>　　　　　　　　　　Debtor<br><br>**Higinio Mora**<br>　　　　　　　　　　Petitioner<br>　　　vs.<br><br>**BankUnited, N.A.**<br>　　　　　　　　　　Respondent | CHAPTER 13<br>BK. NO. 24-10917 PMM |

## ORDER

Upon consideration of the Objection to the Petition for Leave to File Bankruptcy filed by BankUnited, N.A., it is **Ordered** and **Decreed** that the Petition is **DENIED**.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Patricia M. Mayer
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge