IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| **Higinio Mora** | : | |
| Debtor. | : | Case No. 24-10917 (PMM) |

**ORDER**

**AND NOW**, upon consideration of the Debtor's Motion for Leave to File Bankruptcy (doc. #84, the "Motion");

AND an evidentiary hearing with regard to the Motion having been held and concluded on June 12, 2025;

And for the reasons discussed on the record at the hearing;

It is hereby **ordered** that the Motion is **denied**.

Dated: 6/12/25

_____
**PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE**